UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-128-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMI MARIE RANDOLPH | ) | |

On May 24, 2016, Defendant was named in a one-count Indictment in this matter.

On November 30, 2016, the government filed a Superseding Criminal Information.

On December 5, 2016, Defendant pled guilty to the Superseding Criminal Information pursuant to a plea agreement in which the government agreed to dismiss the Indictment at sentencing. Defendant was sentenced on the same day.

Accordingly, pursuant to Fed. R. Crim. P. 48(a), the Indictment is hereby DISMISSED.

SO ORDERED this 21st day of December, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE